1  Submitted by:

2  Christopher A. Carr (#44444)
3  ccarr@afrct.com
   ANGLIN, FLEWELLING, RASMUSSEN
4    CAMPBELL & TRYTTEN, LLP
   199 S. Los Robles Avenue, Suite 600
5  Pasadena, California  91101-2459
6  Tel:  (626) 535-1900
   Fax:  (626) 577-7764
7
8  Attorneys for Defendants
   WACHOVIA MORTGAGE, FSB,
9  WELLS FARGO & CO.,
   JOHN STUMPF and THOMAS WURTZ
10
11              UNITED STATES DISTRICT COURT

12    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

| 14 | ELAINE-BARBARA NEISWENDER, | ) | CV-09-2596 CRB |
| --- | --- | --- | --- |
| 15 | Plaintiff, | ) | ~~(PROPOSED)~~ ORDER GRANTING REQUEST TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| 16 | vs. | ) | |
| 17 | WORLD SAVINGS BANK, FSB, F.K.A. WORLD SAVINGS BANK, | ) | |
| 18 | CAL-WESTERN RECONVEYANCE CORPORATION, TOM WURTZ, | ) | Local Rule 16.10 |
| 19 | WELLS FARGO BANK, JOHN STUMPF, CEO, | ) | Hearing Date:  October 9, 2009 |
| 20 | | ) | Time:  8:30 a.m. |
| 21 | Defendants. | ) | Place:  Courtroom 8 |
| 22 | | ) | |
| 23 | | ) | |

24

25  Upon reading and filing the request of Christopher A. Carr to participate by
26  telephone at the Case Management Conference set for the above time and place,
27  ///
28

J:\Docs\UN411\CMCTelephoneOrder-178334.DOC        1                CV-09-2596 CFB
                                                                   ORDER GRANTING REQUEST TO
                                                                   PARTICIPATE BY TELEPHONE

1  IT IS ORDERED:

2      1.  The request is granted and Mr. Carr may participate by telephone at the
3  Case Management Conference scheduled for the above time and place.

4

5  Dated:  October _08_, 2009

6

7  _____
8  UNITED STATES DISTRICT COURT JUDGE

