United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE-BARBARA NEISWENDER,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA MORTGAGE, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-2596 CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Plaintiff's case was dismissed on October 20, 2009, and she was given 30 days in which to file an amended complaint. The Order further indicated that failure to file such an amended complaint would result in a dismissal with prejudice. Plaintiff has failed to file an amended complaint, and this action is therefore DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: June 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2596\Dismissal with Prejudice.wpd