IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE-BARBARA NEISWENDER, | No. C 09-2596 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WACHOVIA MORTGAGE, et al., | |
| Defendants. / | |

The Court, having dismissed Plaintiff's action with prejudice, enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2596\Judgment.wpd